IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Harvey, Charise | Case Number: 04 B 38673 |
| | Judge: Squires, John H |
| Printed: 6/24/08 | Filed: 10/18/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: May 30, 2008
Confirmed: January 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 26,970.00 | |
| Secured: | | 19,530.90 |
| Unsecured: | | 2,768.60 |
| Priority: | | 0.00 |
| Administrative: | | 2,394.00 |
| Trustee Fee: | | 1,340.37 |
| Other Funds: | | 936.13 |
| Totals: | 26,970.00 | 26,970.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,394.00 | 2,394.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | DaimlerChrysler Servs North America | Secured | 17,799.21 | 17,799.21 |
| 4. | Citi Residential Lending Inc | Secured | 10,316.70 | 1,731.69 |
| 5. | Peoples Energy Corp | Unsecured | 916.10 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 1,306.62 | 1,306.62 |
| 7. | Merrick Bank | Unsecured | 1,461.98 | 1,461.98 |
| 8. | Harlem Furniture | Secured | | No Claim Filed |
| 9. | Harlem Furniture | Unsecured | | No Claim Filed |
| 10. | Loyola Emergency Phys | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Advocate Health Care | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 34,194.61 | $ 24,693.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 173.54 |
| 4% | 81.01 |
| 3% | 50.63 |
| 5.5% | 352.69 |
| 5% | 101.25 |
| 4.8% | 194.40 |
| 5.4% | 386.85 |
| | _____ |
| | $ 1,340.37 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Harvey, Charise

Printed:  6/24/08

Case Number:  04 B 38673
Judge:  Squires, John H
Filed:  10/18/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

